1  Barbara L. Bollero, WSBA #28906
   ANGLIN FLEWELLING RASMUSSEN
2  CAMPBELL & TRYTTEN, LLP
   701 Pike Street, Suite 1560
3  Seattle, WA  98101
   Telephone:  206-492-2300, ext. 3204
4  Facsimile:  206-492-2319
   bbollero@afrct.com
5  *Attorneys for Defendant Nationstar Mortgage LLC*

6

7
                IN THE UNITED STATES DISTRICT COURT
8          FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

9

10 | MARTIN ZAZUETA, individually and in the marital community, | NO.  3:16-cv-05893-JRC |
11 | Plaintiff, | CORPORATE DISCLOSURE STATEMENT OF NATIONSTAR MORTGAGE LLC |
12 | v. | |
13 | NATIONSTAR MORTGAGE LLC, a Delaware limited liability company, | |
14 | Defendant. | |

15

16     COMES NOW Defendant Nationstar Mortgage, LLC, by and through its counsel,

17 and pursuant to Fed. R. Civ. P. 7.1(a) does hereby certify as follows:

18     Nationstar Mortgage LLC ("Nationstar") is an indirect, wholly-owned subsidiary of

19 a publicly-traded company, Nationstar Mortgage Holdings Inc. ("NSM Holdings"), a

20 Delaware corporation.

21

22

23

24 104034/000816/01568975-1
   CORPORATE DISCLOSURE STATEMENT OF        ANGLIN FLEWELLING RASMUSSEN
25 NATIONSTAR MORTGAGE LLC- 1                CAMPBELL & TRYTTEN LLP
                                             701 Pike Street, Suite 1560
   3:16-cv-05893-JRC                         Seattle, WA 98101
                                             (206) 492-2300 | Fax (206) 492-2319

1  Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC ("Sub1")
2  (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and Sub2 are Delaware
3  limited liability companies. Sub1 and Sub2 are both 100% owned by NSM Holdings.
4  The stock of NSM Holdings is owned approximately 64% by FIF HE Holdings LLC,
5  a Delaware limited liability company, and approximately 36% by public stockholders.

DATED this 25th day of October, 2016.

By: /s/ Barbara L. Bollero
Barbara L. Bollero, WSBA No. 28906
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
Telephone: 206-492-2300
Fax: 206-492-2319
E-Mail: bbollero@afrct.com
*Attorneys for Defendant Nationstar Mortgage LLC,*

104034/000816/01568975-1

CORPORATE DISCLOSURE STATEMENT OF
NATIONSTAR MORTGAGE LLC- 2

3:16-cv-05893-JRC

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system, which will provide notice to the following parties:

| | |
|---|---|
| Antoinette M. Davis<br>Jason Naiden<br>Antoinette M. Davis Law, PLLC<br>528 3rd Ave. W., Suite 102<br>Seattle, WA 98119<br>*Attorneys for Plaintiff* | [ ] By United States Mail<br>[X] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile<br>[ ] By email |
| Christina L. Henry<br>Henry, DeGraaf & McCormick, P.S.<br>1833 N. 105th St., Suite 203<br>Seattle, WA 98133<br>*Attorneys for Plaintiff* | [ ] By United States Mail<br>[X] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile<br>[ ] By email |
| Susan B. Mindenbergs<br>Attorney at Law<br>119 First Ave. S., Suite 200<br>Seattle, WA 98104-2564<br>*Attorneys for Plaintiff* | [ ] By United States Mail<br>[X] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile<br>[ ] By email |

Signed this 25th day of October, 2016 at Seattle, Washington.

By: */s/ Tamorah Burt*
Tamorah Burt, Legal Assistant

104034/000816/01568975-1

CORPORATE DISCLOSURE STATEMENT OF
NATIONSTAR MORTGAGE LLC- 3

3:16-cv-05893-JRC

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319