1  Barbara L. Bollero, WSBA #28906
   ANGLIN FLEWELLING RASMUSSEN
2  CAMPBELL & TRYTTEN, LLP
   701 Pike Street, Suite 1560
3  Seattle, WA  98101
   Telephone:  206-492-2300, ext. 3204
4  Facsimile:  206-492-2319
   bbollero@afrct.com
5  *Attorneys for Defendant Nationstar Mortgage LLC*

6

7

8  IN THE UNITED STATES DISTRICT COURT
   FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

9

10 MARTIN ZAZUETA, individually and in the marital community,

11                                                  NO.  3:16-cv-05893-RJB

                Plaintiff,
12                                                  VERIFICATION OF PLEADINGS
         v.
13
   NATIONSTAR MORTGAGE LLC, a          Mason County Superior Court
   Delaware limited liability company,  No. 15-2-00356-2
14
                Defendant.
15

16 I, Barbara L. Bollero, declare and state as follows:

17     1.    I am an attorney at law duly licensed to practice before all the courts of the

18 State of Washington, and am one of the attorneys of record herein for Defendant

19 Nationstar Mortgage LLC ("Nationstar").  I make this verification for Nationstar on its

20 behalf, and am authorized to do so.

21

22

23

24 104034/000816/01573567-1
   VERIFICATION OF PLEADINGS- 1                  ANGLIN FLEWELLING RASMUSSEN
25                                                CAMPBELL & TRYTTEN LLP
   3:16-cv-05893-RJB                              701 Pike Street, Suite 1560
                                                  Seattle, WA 98101
                                                  (206) 492-2300 | Fax (206) 492-2319

2.      The attachments hereto are true, accurate, and complete copies of all records and proceedings in *Martin Zazueta v. Nationstar Mortgage LLC,* Mason County Superior Court Cause No. 15-2-00356-2.

I declare under the penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 28th day of October, 2016.

By:  /s/ Barbara L. Bollero
Barbara L. Bollero, WSBA No. 28906
ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
Telephone: 206-492-2300
Fax:  206-492-2319
E-Mail: bbollero@afrct.com
*Attorneys for Defendant Nationstar Mortgage LLC*

104034/000816/01573567-1
VERIFICATION OF PLEADINGS- 2
3:16-cv-05893-RJB

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of October, 2016, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Western District of Washington using the CM/ECF system, which will provide notice to the following parties:

| | |
|---|---|
| Antoinette M. Davis<br>Jason Naiden<br>Antoinette M. Davis Law, PLLC<br>528 3rd Ave. W., Suite 102<br>Seattle, WA 98119<br>*Attorneys for Plaintiff* | [ ] By United States Mail<br>[X] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile<br>[ ] By email |
| Christina L. Henry<br>Henry, DeGraaf & McCormick, P.S.<br>1833 N. 105th St., Suite 203<br>Seattle, WA 98133<br>*Attorneys for Plaintiff* | [ ] By United States Mail<br>[X] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile<br>[ ] By email |
| Susan B. Mindenbergs<br>Attorney at Law<br>119 First Ave. S., Suite 200<br>Seattle, WA 98104-2564<br>*Attorneys for Plaintiff* | [ ] By United States Mail<br>[X] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile<br>[ ] By email |
| Elizabeth Powell<br>535 Dock St., Suite 108<br>Tacoma, WA 98402<br>*Attorneys for Plaintiff* | [ ] By United States Mail<br>[X] By CM/ECF<br>[ ] By Federal Express<br>[ ] By Facsimile<br>[ ] By email |

Signed this 28th day of October, 2016 at Seattle, Washington.

By: */s/ Tamorah Burt*
Tamorah Burt, Legal Assistant

104034/000816/01573567-1
VERIFICATION OF PLEADINGS- 3

3:16-cv-05893-RJB

ANGLIN FLEWELLING RASMUSSEN
CAMPBELL & TRYTTEN LLP
701 Pike Street, Suite 1560
Seattle, WA 98101
(206) 492-2300 | Fax (206) 492-2319